■ WILLIAM SEAVER, Appellant, v MARIA JAMES, et al., Defendants, and MICHAEL BOHALL, JR., Respondent. [21 NYS3d 666]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered September 11, 2014. The order

granted the motion of defendant Michael Bohall, Jr., for summary judgment and dismissed the amended complaint and cross claims against him.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.